
RECEIVED
CHARLOTTE, N.C.
SEP 16 2005
Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:04CR22-T |
| | ) | |
| vs. | ) | ORDER UNSEALING ALL |
| | ) | REFERENCE TO THIS MATTER |
| (1) DAMON CHAMBERLAIN | ) | |

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that all reference to this matter and all pleadings in this matter be unsealed;

NOW THEREFORE IT IS ORDERED that all reference to this matter and all pleadings in this matter be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 19th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

DOCUMENT SCANNED